UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Terry E. Tucker, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 15-CV-13191-GAO |
| | * | |
| Carolyn W. Colvin, | * | |
| | * | |
| Defendant. | * | |

ORDER OF DISMISSAL

September 28, 2016

O'Toole, D.J.

Pursuant to the Opinion and Order Affirming the Decision of the Commissioner [26] filed on September 28, 2016, this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge